IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF ALFRED S. TUNNELL, SR., DECEASED JANUARY 22, 2007 | § § No. 285, 2022 § § § Court Below—Court of § Chancery of the State of § Delaware § § Sussex County § ROW Folio No. 2026 |

Submitted: January 27, 2023
Decided: February 2, 2023

Before **SEITZ**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## **ORDER**

After consideration of the parties' briefs and the record on appeal, we conclude that the judgment below should be affirmed on the basis of the Court of Chancery's order, entered July 29, 2022, denying exceptions to the Master in Chancery's final report, entered April 25, 2022.

NOW, THEREFORE, IT IS ORDERED that judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice